**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

LEO F. SCHWEITZER

Criminal Action

No.  95-0200

June __30__ , 2010

ORDER

AND NOW, this _30___ day of June, 2010, for the reasons stated in the
accompanying memorandum, it is ORDERED that petitioner's habeas corpus petition
(docket no. 104) is DENIED and the government's motion to dismiss (docket no. 109) is
GRANTED.

BY THE COURT:

/s/ LHP_____
Pollak, J.